UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RUZ,<br>Plaintiff,<br>v.<br>IN-SHAPE FAMILY FITNESS, LLC,<br>Defendant. | Case No. 1:26-cv-04233-JLT-EPG<br>ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE<br>(ECF No. 16) |

On October 14, 2026, the parties filed a stipulation for dismissal of this action with prejudice. (ECF No. 16). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE